NO. 07-06-0312-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 8, 2006

_____

AIR AMERICA, APPELLANT

V.

JERRY KEENE, APPELLEE

_____

FROM COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2005-597,349; HONORABLE PAULA LANEHART, JUDGE

_____

Before REAVIS and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant Air America's unopposed motion to dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion and dismiss the appeal. As requested in the motion, costs are assessed

against Air America.  Having dismissed the appeal at Air America's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis
Justice